GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant United States Attorney
Arizona State Bar No. 23356
AMY C. CHANG
Assistant United States Attorney
Arizona State Bar No. 27566
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: mary.minder@usdoj.gov
Email: amy.chang@usdoj.gov
*Attorneys for Plaintiff*

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Chirag Patel,<br>aka Chris Patel,<br>"bombinthebush@gmail.com,"<br>"cptrance@gmail.com,"<br>"gasmanboss@gmail.com,"<br>"gas93city@gmail.com,"<br>"igotjuiceman6@gmail.com,"<br>"igotjuiceman8@gmail.com,"<br>"juiceworl13@gmail.com,"<br>"gasmanceo@gmail.com,"<br>"thomasedwinbrooks@gmail.com,"<br>"thomasbrooks99@gmail.com," and<br>"bigarabsjuice2@gmail.com,"<br><br>Defendant. | No. CR-21-00699-PHX-GMS (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. § 1343<br>(Wire Fraud)<br>Counts 2-12<br><br>18 U.S.C. § 1028A<br>(Aggravated Identity Theft)<br>Counts 13-14<br><br>18 U.S.C. §§ 1030(a)(4) & 1030(c)(3)(A)<br>(Computer Fraud)<br>Counts 15-22 |

**THE GRAND JURY CHARGES:**

At all times material to this indictment, within the District of Arizona and elsewhere:

1. Starting by at least August 2017 and continuing through at least July 2020, defendant CHIRAG PATEL ("PATEL") conspired with others to hack into computers at

Victim Company-1 (a large hotel chain), fraudulently transfer and redeem customer rewards points, steal customer credit card numbers and other personally identifying information (PII), and sell the stolen credit card numbers and PII.

2. Victim Company-1 is an international lodging franchisor with thousands of hotels in more than 40 countries. Victim Company-1 operates a customer loyalty rewards program, through which members can earn rewards points, bonuses, and other benefits for staying at Victim Company-1's hotels and for transactions with partner companies. Members can redeem points for gift cards and free stays at Victim Company-1's hotels. Members also can exchange points for miles with certain airlines' frequent flyer programs.

3. The corporate information technology center for Victim Company-1 is located in Phoenix, Arizona. Information regarding Victim Company-1's loyalty rewards program, including members' available balance and transactions, is stored on Victim Company-1's servers in Phoenix, Arizona, or on cloud-based servers managed and operated by Victim Company-1 in Phoenix, Arizona. All transactions related to rewards points for Victim Company-1—including earning, transferring and redeeming rewards points—involve a wire transmission to be sent via the internet to and through Victim Company-1's location in the District of Arizona.

4. Between 2006 and 2014, PATEL worked at several different hotels, including a franchise location of Victim Company-1.

## COUNT 1
### Conspiracy
### 18 U.S.C. § 371

**The Conspiracy and Its Objects**

5. From at least August 2017 through at least July 2020, in the District of Arizona and elsewhere, PATEL knowingly and willfully conspired with other persons known and unknown to the grand jury to commit the following offenses against the United States: 18 U.S.C. § 1028A (aggravated identity theft); 18 U.S.C. §§ 1029(a)(1)-(3) (fraud and related activity in connection with access devices); 18 U.S.C. §§ 1030(a)(4) &

1030(c)(3)(A) (computer fraud); and § 1343 (wire fraud).

**Manner and Means of the Conspiracy**

6. It was part of the conspiracy that PATEL and others would use social engineering and other fraudulent methods to access computers at Victim Company-1 locations. For example, a conspirator would call a front-desk employee, pretending to be an IT administrator for Victim Company-1, and persuade the employee to provide remote access to his/her desktop; the conspirator would then install keylogging software and/or browse for sensitive information stored on the computer.

7. Through these methods, the conspirators were able to obtain login credentials for accounts of General Managers at Victim Company-1. Each franchise has unique account credentials for General Managers; the General Manager's account has access to a centralized rewards database containing customer personal information, partial credit card numbers, and General Manager rewards points. The co-conspirators used General Managers' login credentials to access Victim Company-1's rewards database and fraudulently transfer rewards points to straw accounts created by the co-conspirators. The co-conspirators redeemed the stolen rewards points for gift cards, hotel rooms, and train tickets.

8. Through social engineering, keylogging devices, and other methods, the co-conspirators also were able to obtain credit card numbers and other PII for hotel customers. PATEL and others sought to sell the credit card numbers. For example, PATEL offered on a darknet forum to sell stolen credit card numbers for $3 each, with a minimum order of $300. PATEL also tried to use the stolen credit card numbers for his own purchases.

9. PATEL possessed at least 1,200 stolen credit card numbers. His possession and attempted sale of stolen credit card numbers affected interstate commerce. The credit card numbers PATEL possessed and used belonged to cardholders in multiple states, including Arizona, and were issued by financial institutions in various states.

**Overt Acts**

10. In furtherance and to effect the objects of the conspiracy, the following overt

acts, among others, were committed in the District of Arizona and elsewhere:

a. On or about August 3, 2017, more than 80 cell phone screenshots were stored to a Google Drive account associated with cptrance@gmail.com, an email used by PATEL. The screenshots reflected access to a General Manager web portal controlled by Victim Company-1. The screenshots also reflected information regarding at least 80 hotel guests of Victim Company-1, including their names, addresses, phone numbers, and credit card numbers.

b. On or about June 22, 2018, pcTattletale software was purchased, as reflected in an email receipt dated June 22, 2018, that was sent to igotjuiceman8@gmail.com, another email used by PATEL. pcTattletale is a monitoring software that, when installed, runs invisibly and records all activities occurring on the computer; videos of the activity and keystrokes can be viewed remotely.

c. On or about August 5, 2018, Spyrix Monitoring software was purchased, as reflected in an email receipt dated August 5, 2018, that was sent to cptrance@gmail.com. Spyrix is a keylogging software that, when installed on a computer, records and logs all keystrokes to a designated application for remote viewing.

d. On or about December 12, 2018, an executable file for the Spyrix software was saved to a Google Drive associated with cptrance@gmail.com.

e. On or about March 16, 2019, PATEL (using the email address bombinthebush@gmail.com) exchanged the following email messages, inquiring about getting cash from stolen credit cards:

| | | |
|---|---|---|
| PATEL: | | "Hey im a carder newb. I have plenty cards and i get amexs good ones.. bugmt yeah can u help me with some cash out ill give u the cards" |
| Shipexport35: | | "I know a method but its complicated. Where do you get your cards? and where are you located?" |
| PATEL: | | "Alabama. I get em from a hotel system" "I got american express black with id and card can we get |

- 4 -

|   | the money off? Split the profits?" |
|---|---|
| 1 | |

       f.   In or around April 2019, PATEL possessed a cell phone that contained approximately 35 different login credentials for General Managers' accounts tied to at least 22 different locations of Victim Company-1 in at least ten states. These records were captured from pcTattletale and stored within the "notes" section on PATEL's cell phone.

       g.   On or about May 11, 2019, PATEL (using the email address bombinthebush@gmail.com) offered credit cards stolen from hotels for sale on a darknet forum called The Pirate Ship – Carders Forum – Darknet – Dumps – CVV, posting: "I got bu[n]ch of CC's. hotel hacked. I got there shift4.com admin login. pm me if u know what to do. I got alotta Cc no cvv full address n number. 3 dollars a piece. must order 300 dollar worth min." (Shift4.com is a secure payment processing system.)

       h.   On or about June 18, 2019, a customer rewards account associated with PATEL and his bombinthebush@gmail.com email address attempted to redeem 96,000 fraudulently obtained rewards points.

       i.   On or about June 19, 2019, an additional 125,000 rewards points were fraudulently transferred to a customer rewards account associated with PATEL and his bombinthebush@gmail.com email address.

       j.   On or about June 20, 2019, PATEL's customer rewards account at Victim Company 1 (associated with his email addresses, bigarabsjuice2@gmail.com) redeemed 64,000 rewards points, which were redeemed for at least three Walmart gift cards.

       k.   On or about September 16, 2019, gasmanboss@gmail.com, another email used by PATEL, sent an email to pcTattletale requesting "duplicate" access for the pcTattletale accounts associated with igotjuiceman8@gmail.com and gas93city@gmail.com, an additional email used by PATEL. The email from gasmanboss@gmail.com to pcTattletale stated: "I want duplicates so that it is on both of my PC tattle tale accounts. All PC's that I have monitoring I would still like to have on that gas93city@gmail.com...But please make a copy of em so they are also on

gasmanboss@gmail.com. Can you do that? I also need you to copy/duplicate igojuiceman8@gmail.com."

        i. Keystroke activity from the pcTattletale accounts associated with PATEL was recorded on the following dates: June 21, 2019; November 15 & 18-22, 2019; December 18-19, 2019; February 22, 2020; March 3, 6, 9, 11-12, 15, 17 & 24, 2020; and May 23, 2020.

    l. In December 2019, a General Manager's account at Victim Company-1 was hacked multiple times and approximately $15,000 in stolen rewards points were redeemed by four customer rewards accounts associated with PATEL.

    m. On or about May 13, 2020, PATEL exchanged messages on Telegram (an encrypted messaging application) regarding stolen credit card numbers. The message discussed whether the zip code associated with the credit card was needed, in addition to the expiration date and credit card verification ("cvv") number: "Do u need the zip for the cu card? I got the card. Exp n cvv," "U don't need the zip do u," "I got fresh wells Fargo debit cards too. Good cvv". A screenshot of this exchange was saved to PATEL's Google Drive associated with his email address gasmanboss@gmail.com.

    n. On May 25, 2020, a General Manager's account at Victim Company-1 was hacked, two rewards accounts were created, and 50,000 rewards points were fraudulently transferred to each account.

        i. On June 2, 2020, rewards points from one of the accounts created on May 25, 2020, was used to book a hotel room in Tuscaloosa, Alabama. The notes section of the reservation said "Chirag Patel will be a guest checking in…."

        ii. On June 6, 2020, rewards points from the other account created on May 25, 2020, were used to book a hotel room in Tuscaloosa,

Alabama. The notes section of the reservation said "Room is booked for Chirag Patel."

o. In early June 2020, Victim Company-1 discovered it had been infected with Spyrix Personal Monitoring Logging software associated with PATEL's email address igotjuiceman6@gmail.com. Further analysis showed the software may have been installed as early as February 2019.

p. Between approximately October 2019 and June 2020, PATEL made at least 20 hotel reservations with stolen rewards points and fraudulent customer rewards accounts associated with email addresses he used, including cptrance@gmail.com, gasmanboss@gmail.com, gasmanceo@gmail.com, thomasedwinbrooks@gmail.com, and thomasbrooks99@gmail.com.

q. Between approximately July 2018 and December 2019, PATEL attempted at least 20 purchases that were declined because he used stolen credit card numbers, as reflected in emails associated with gasmanboss@gmail.com, bigarabsjuice2@gmail.com, bombinthebush@gmail.com, igotjuiceman6@gmail.com, juiceworl3@gmail.com, and gasmanceo@gmail.com.

r. Between approximately August 2019 and June 2020, PATEL added more than 20 different stolen credit card numbers to his Google Pay account associated with gasmanboss@gmail.com.

All in violation of 18 U.S.C. § 371.

**COUNTS 2-12**
**Wire Fraud**
**18 U.S.C. § 1343**

11. The factual allegations above are incorporated into Counts 2-12.

12. Starting by August 2017 and continuing through at least July 2020, in the District of Arizona and elsewhere, PATEL devised and intended to devise a scheme to defraud and obtain money and property by means of materially false and fraudulent pretenses and representations.

13. As described in more detail above, PATEL's scheme involved hacking into computers at a large hotel chain, fraudulently transferring and redeeming customer rewards points, stealing customer credit card numbers and other personally identifying information (PII), and selling the stolen credit card numbers and PII.

14. On or about each of the dates set forth below, in the District of Arizona and elsewhere, PATEL, for the purpose of executing the scheme described above and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds below for each count, each transmission constituting a separate count.

| Count | Date | Description |
|---|---|---|
| 2 | 9/29/2019 | PATEL (gasmanboss@gmail.com) ordered a food delivery to Phoenix Sky Harbor Airport in the amount of $121.69 using a stolen credit card number |
| 3 | 9/29/2019 | PATEL attempted to purchase a Southwest Airlines plane ticket in the amount of $635.67 using a stolen credit card number |
| 4 | 10/10/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Jessup, Maryland using a fraudulent rewards account ending in 57990. The notes of the reservation state: "Please allow Chirag Patel to check in." |
| 5 | 10/15/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Tampa, Florida using a fraudulent rewards account ending in 57990. The notes of the reservation state: "Chirag Patel is checked in this room per Eric." |
| 6 | 10/22/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Destin, Florida using a fraudulent rewards account ending in 57990. The notes of the reservation state: "PLEASE ALLOW CHIRAG PATEL TO CHECK IN PER ERIC RAEL. NOTE, GUEST HAS LOST ID, PLEASE ALLOW GUEST TO SHOW A COPY OR SOMETHING WITH HIS NAME ON IT. THANKS." |

| Count | Date | Description |
|---|---|---|
| 7 | 11/12/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Fultondale, Alabama using a fraudulent rewards account ending in 59066. The notes of the reservation state: "Chirag Patel will be checking in for Jeffrey Jackson." |
| 8 | 11/12/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Birmingham, Alabama using a fraudulent rewards account ending in 73157. The notes of the reservation state: "Please allow Mr. Chirag Patel to check in showing his itinerary or something with his name on it." |
| 9 | 11/19/19 | PATEL (gasmanboss@gmail.com received a reservation confirmation for a Victim Company-1 hotel in Birmingham, Alabama using a fraudulent rewards account ending in 57990. The notes of the reservation state: "Please allow Chirag Patel to check in for Eric Rael." |
| 10 | 11/23/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Birmingham, Alabama using a fraudulent rewards account ending in 57990. The notes of the reservation state: "Chirag Patel will be the guest checking in for Eric Rael." |
| 11 | 11/25/19 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Birmingham, Alabama hotel using a fraudulent rewards account ending in 01584. The notes of the reservation state: "Chirag Patel is guest checking in. Please allow him to check in as requested by CRS. Guest can show a copy of his ID." |
| 12 | 6/6/2020 | PATEL (gasmanboss@gmail.com) received a reservation confirmation for a Victim Company-1 hotel in Tuscaloosa, Alabama using a fraudulent rewards account ending in 08433. The notes of the reservation state: "Room is booked for Chirag Patel." |

All in violation of 18 U.S.C. § 1343.

## COUNTS 13-14
### Aggravated Identity Theft
### 18 U.S.C. § 1028A

15. The factual allegations above are incorporated into Counts 13-14.

- 9 -

16. On or about September 29, 2020, in the District of Arizona and elsewhere, PATEL did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit Wire Fraud in violation of 18 U.S.C. § 1343, knowing that the means of identification belonged to another actual person.

| Count | Date | Description |
|---|---|---|
| 13 | 9/29/2019 | PATEL (gasmanboss@gmail.com) ordered a food delivery to Phoenix Sky Harbor Airport in the amount of $121.69 using a stolen credit card number (ending -1416) belonging to JT, an Arizona resident |
| 14 | 9/29/2019 | PATEL attempted to purchase a Southwest Airlines plane ticket in the amount of $635.67 using a stolen credit card number (ending -1416) belonging to JT, an Arizona resident |

All in violation of 18 U.S.C. § 1028A.

## COUNTS 15-22
## Computer Fraud
## 18 U.S.C. §§ 1030(a)(4) & 1030(c)(3)(A)

17. The factual allegations above are incorporated into Counts 15-22.

18. On or about the dates below, in the District of Arizona and elsewhere, PATEL did knowingly and with intent to defraud, accessed a protected computer without authorization and by means of such conduct furthered the intended fraud and obtained something of value, specifically customer account information, including customer credit card numbers and rewards points.

| Count | Date | Customer Account(s) Accessed |
|---|---|---|
| 15 | 12/17/2019 | TSt, MG, TSo, GN, MA, KK, KG, DS, HK, JP, RS, FF, PS, SS, YR, VV, JR, ES, LL, TSn, GP, EA, MA, CB, AC, HP, VR |
| 16 | 12/20/2019 | SB, GH, EH, SB, MB |
| 17 | 12/23/2019 | RA, JB, MB |
| 18 | 5/20/2020 | DL, CH |

| Count | Date | Customer Account(s) Accessed |
|-------|------|------------------------------|
| 19 | 5/22/2020 | BC |
| 20 | 5/23/2020 | SP, EM, GR |
| 21 | 5/24/2020 | CS |
| 22 | 5/25/2020 | CF |

All in violation of 18 U.S.C. §§ 1030(a)(4) and (c)(3)(A).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: August 31, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


/S/
M. BRIDGET MINDER
AMY C. CHANG
Assistant U.S. Attorneys