IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Chirag Patel,<br><br>　　　　　Defendant. | No. CR-21-00699-PHX-GMS<br><br>**PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the government's motion, no objection from defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that the government's Motion for Protective Order (Doc. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The United States may disclose to defense counsel, without redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes, but is not limited to, addresses, telephone numbers, dates of birth, social security numbers, and credit card numbers.

2. Defendant's attorney may share materials containing PII with their staff and with other members of the defense team, including experts, investigators, and other

professionals retained by defendant and his attorney to assist in the preparation of the defense.

3. The defense team shall safeguard and shall not disclose the PII provided to them, other than to the extent necessary to prepare the defense.

4. Defendant's attorney may review materials containing PII with defendant and potential witnesses to the extent necessary to prepare the defense.

5. Defendant and potential witnesses shall not be allowed to retain any materials containing PII during the course of the litigation unless defendant's attorney ensures that all PII has been redacted from the copies to be retained.

6. The defense team shall destroy, at the conclusion of this matter, all PII in their possession, except that defendant's attorney shall be allowed to retain materials containing PII until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

No excludable delay shall occur from the entry of this Order.

Dated this 31st day of March, 2022.

_____
G. Murray Snow
Chief United States District Judge